AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| C.B. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  25-cv-00483(NRM)(VMS) |
| The City of New York, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff

Date:   01/29/2025

*Attorney's signature*

GO 8799
*Printed name and bar number*

277 Broadway, Suite 1501
New York, NY  10007

*Address*

Gideon@GideonLaw.com
*E-mail address*

(718) 783-3682
*Telephone number*

(646) 349-2914
*FAX number*