AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| C.B., a minor,<br><br>*Plaintiff(s)*<br>v.<br>THE CITY OF NEW YORK; NYPD YOUTH COORDINATION OFFICER ("YCO") TANISHA MAYFIELD (TAX I.D. 938967); and YCO SERGIO MENESES (TAX I.D. 968637),<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 25-cv-00483-NRM-VMS<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See attached rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Remy Green
Cohen & Green PLLC
1639 Centre St. Suite 216
Ridgewood (Queens), NY 11385

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____         _____
                                                                                      *Signature of Clerk or Deputy Clerk*

<u>Summons Rider</u>

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

The City of New York
c/o Muriel-Goode Trufant
NYC Law Department
100 Church St
New York, NY 10007

**NYPD YOUTH COORDINATION OFFICER TANISHA MAYFIELD (TAX I.D. 938967)**
69th Precinct
9720 Foster Ave
Brooklyn, NY 11236

**NYPD YOUTH COORDINATION OFFICER SERGIO MENESES (TAX I.D. 968637)**
69th Precinct
9720 Foster Ave
Brooklyn, NY 11236