UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF KINGS

**Plaintiff / Petitioner:**

C.B. A MINOR

**Defendant / Respondent:**

THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**

Index No:

25-CV-00483

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Wed, Feb 05 2025 AT 01:19 PM AT 9720 Foster Avenue 69TH PCT, Brooklyn, NY 11236 deponent served the within summons and verified complaint and notice of commencement by electronic filing on NYPD YOUTH COORDINATOR OFFICER SERGIO MENESES

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to PO Gayle a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at _____

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 9720 Foster Avenue 69TH PCT, Brooklyn, NY 11236, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Wed, Feb 05 2025.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | |
|---|---|---|---|
| Age: 40 | Ethnicity: African American | Gender: Male | Weight: 190 |
| Height: 5'8" | Hair: Black | Eyes: Brown | Relationship: Coworker |
| Other | | | |

Mitchell Raider

1450036

I affirm this 05 day of FEBRUARY, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF KINGS

**Plaintiff / Petitioner:**

C.B. A MINOR

**Defendant / Respondent:**

THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**

Index No:
25-CV-00483

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Wed, Feb 05 2025 AT 01:18 PM AT 9720 Foster Avenue 69TH PCT, Brooklyn, NY 11236 deponent served the within summons and verified complaint and notice of commencement by electronic filing on NYPD YOUTH COORDINATOR OFFICER TANISHA MAYFIELD

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to PO Gayle a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

_____

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 9720 Foster Avenue 69TH PCT, Brooklyn, NY 11236, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Wed, Feb 05 2025.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | | | |
|---|---|---|---|---|---|
| Age: 40 | Ethnicity: African American | | Gender: Male | | Weight: 190 |
| Height: 5'8" | Hair: Black | Eyes: Brown | | Relationship: Co worker | |
| Other | | | | | |

Mitchell Raider
1450036

I affirm this 05 day of FEBRUARY, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.