**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK**

C.B.,

                Plaintiff,

   v.

City of New York, et al.

                Defendants.

Case No. 25-cv-483

**DECLARATION OF
J. REMY GREEN**

STATE OF ILLINOIS        )
                                    ) ss.:
COUNTY OF COOK        )

I, Remy Green, being duly sworn, depose and say:

     1.     I am a partner at Cohen&Green P.L.L.C., and counsel of record for Plaintiff in this case.

     2.     On February 12, 2025, I served the City of New York with the summons, complaint, and a copy of the ECF procedures, by emailing a copy of the same in this case to the City's designated email address ([ServiceECF@law.nyc.gov](mailto:ServiceECF@law.nyc.gov)) for service on City entities. Attached as **Exhibit 1** is a true copy of the automated response, confirming service, which I received in response.

I declare, under penalty of perjury, that the statements above are true and correct.

Executed On: February 12, 2025

                                                       /s/
                                    _____
                                           J. Remy Green

# EXHIBIT 1

Case 1:25-cv-00483-NRM-VMS   Document 11   Filed 02/12/25   Page 2 of 3 PageID #: 33



remy green <remy@femmelaw.com>

## Proof of service receipt

**ServiceECF (Law)** <ServiceECF@law.nyc.gov>                     Wed, Feb 12, 2025 at 10:44 AM
To: remy green <remy@femmelaw.com>

This email confirms receipt of email and constitutes proof of service at the Office of the Corporation Counsel for the City of New York.  Please retain it for your records.  Please note that the Office of the Corporation Counsel has accepted service only for the City of New York and entities for which the Law Department is authorized to accept service, including  the Mayor and City Agency Heads named in their official capacities.  Service of process on any individually named parties has not been accepted.

Documents must be submitted as attachments; linked documents will not be accessed and will not be considered as proper service on the New York City Law Department. All documents submitted after 5:00PM will be considered served on the next business day.

Please be reminded that the Law Department Service Window remains open to accept service of papers on Tuesdays and Thursdays from 9:00 am until 5:00 pm.

Service of process on individuals should continue to proceed in a manner required by applicable law.

**This mailbox is only monitored for service. Please call (212) 356-1140** with any questions or concerns.