**Gideon Orion Oliver**

—ATTORNEY AT LAW—

He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*Not for service*

May 6, 2025

**BY ECF**
Hon. Vera M. Scanlon
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

Re:    *Bernadeau v. City of New York, et al.,* 25-cv-483 (NRM)(BMS)

Your Honor:

I am co-counsel for Plaintiff. I write in compliance with the Court's directive in the Court's April 29, 2025 Order that Plaintiff file a letter stating whether C.B. is still an independent plaintiff in this action.

C.B. is not still an independent plaintiff in this action.

Under Fed.R.Civ.P. 17(c), Vanky Bernadeau, as next friend and guardian of C.B., a minor, is the only independent Plaintiff.

Thank you for the Court's attention to this matter.

Respectfully submitted,

/S/

Gideon Orion Oliver