UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
Vanky Bernadeau, as next friend and guardian of C.B., a minor,

                                      Plaintiff,

-against-

The City of New York, et al.,

                                      Defendants.
------------------------------------------------------------------------X

**DECLARATION OF SERVICE**

1:25-cv-00483-NRM-VMS

       JENNA RAMIREZ LOMELI hereby declares under penalties of perjury pursuant to 28 USC 1746 that the following is true and correct:

1. I am over 18 years of age and not a party to this action.

2. On June 26, 2025, I served the attached Scheduling Order dated June 20, 2025 and attachment (ECF 18), as well as the full public docket in the case, on each of the below people by mailing each of them true and correct copies of those documents,, enclosed and properly sealed in a postpaid envelope, which I deposited in an official depository under the exclusive care and custody of the United States Postal Service within the City of New York, addressed as follows:

   a. NYPD Youth Coordination Officer Tanisha Mayfield (Tax ID 938967)
      69th Precinct
      9720 Foster Ave
      Brooklyn, NY 11236

   b. NYPD Youth Coordination Officer Sergio Meneses (Tax ID 968637)
      69th Precinct
      9720 Foster Ave
      Brooklyn, NY 11236

Dated: Queens, New York
       June 30, 2025

*Jenna Lomeli*
Jenna Ramirez Lomeli

Monday, June 23, 2025 at 4:27:41 PM Eastern Daylight Time

| | |
|---|---|
| **Subject:** | Activity in Case 1:25-cv-00483-NRM-VMS C.B. v. City of New York et al Scheduling Order |
| **Date:** | Friday, June 20, 2025 at 3:30:49 PM Eastern Daylight Time |
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **To:** | nobody@nyed.uscourts.gov |
| **Category:** | _timekept |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mailbox is unattended.**

**\*\*\*PACER Multifactor Authentication Coming Soon\*\*\* For information visit PACER website**

https://pacer.uscourts.gov/announcements/2025/05/02/multifactor-authentication-coming-soon

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 6/20/2025 at 3:29 PM EDT and filed on 6/20/2025
**Case Name:** C.B. v. City of New York et al
**Case Number:** 1:25-cv-00483-NRM-VMS
**Filer:**
**Document Number:** 18

**Docket Text:**
**SCHEDULING ORDER: Due to a conflict in the Court's calendar, the 7/1/2025 initial conference is adjourned to 7/17/2025 at 11:45 AM. To gain access to the ZoomGov audio conferencing system, counsel and/or any pro se parties are to dial 1-646-828-7666; enter meeting ID 16121901090 and press the pound key; when asked for a participant ID, press the pound key; and enter passcode 091622 and press the pound key. Please note that your microphone will be automatically muted when you enter the virtual conference room. If another conference is underway, please remain on mute until the case is called. At that time, you may unmute your microphone by pressing \*6 on your keypad.**

**The parties must complete the attached Joint Proposed Case Management Plan (CMP) and file it on ECF no later than 7/7/2025. As to any Defendant who or which has not appeared by today's date, Plaintiff(s) must mail a copy of this Order, its attachment and the full public docket to each last known mailing address for each such Defendant and file proof of service on ECF within ten days of the date of this Order.**

**Ordered by Chief Mag. Judge Vera M. Scanlon on 6/20/2025. (SH)**

**1:25-cv-00483-NRM-VMS Notice has been electronically mailed to:**

Gideon Orion Oliver     gideon@gideonlaw.com

Remy Green     remy@femmelaw.com, christine@femmelaw.com, protests@femmelaw.com, regina@femmelaw.com, remygreen@recap.email

Gregory J.O. Accarino     gaccari@law.nyc.gov

**1:25-cv-00483-NRM-VMS Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=6/20/2025] [FileNumber=20125311-0]
[2e96085d133cd7f66edbd88a0280b8cccfc5fb19847a49baf313be600c8c7fb6e4a5
6f908d159f7922c49f1cc4d194474867e17bcd6ff85106255b755e067f15]]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

                    Plaintiff(s),                  **JOINT PROPOSED**
                                                       **CIVIL CASE MANAGEMENT PLAN**

    -against-

                                                             Civ.        (      ) (VMS)

                    Defendant(s).
-------------------------------------------------------------- x

**The parties/counsel who conferred in drafting this joint proposed case management plan:**

For Plaintiff(s):

For Defendant(s):

A. Do the parties request referral to the Court's ADR program?  Yes:☐  No:☐

B. Do the parties consent to proceed before a Magistrate Judge pursuant to 28 U.S.C. § 636(c)?
    Yes:☐    If yes, fill out the AO 85 Notice, Consent and Reference of a Civil Action to a
                 Magistrate Judge Form and file it on ECF. https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge.
    No:☐    If no, do not indicate which party declines consent.

C. The parties may wish to engage in settlement discussions.
    If so, Plaintiff(s) will serve demand by _____ . Defendant(s) will respond by _____ .

D. Defendant(s) will answer or otherwise respond to complaint by _____, if not yet done.

    The parties will serve Rule 26(a)(1) initial disclosures by _____, if not yet done.

    The parties will serve initial document requests and interrogatories on or before _____.

    Any joinder and/or amendments of the pleadings must be made by _____.

    The parties will complete fact discovery by _____.

    If the parties perform expert discovery, they will serve initial disclosures by _____;
    initial expert reports by _____; and rebuttal expert reports on or before _____.
    All discovery, including expert depositions, will be completed by _____, and the parties
    will file a joint letter certifying the close of all discovery by this same date.

    Other considerations the parties wish to bring to the Court's attention, such as the need for
    electronic discovery or confidentiality order:

ACO,DJI

# U.S. District Court
## Eastern District of New York (Brooklyn)
### CIVIL DOCKET FOR CASE #: 1:25-cv-00483-NRM-VMS

| | |
|---|---|
| C.B. v. City of New York et al | Date Filed: 01/28/2025 |
| Assigned to: Judge Nina R. Morrison | Jury Demand: Plaintiff |
| Referred to: Chief Mag. Judge Vera M. Scanlon | Nature of Suit: 440 Civil Rights: Other |
| Cause: 28:1983 Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

**C.B.**
*a minor*
    represented by    **Gideon Orion Oliver**
Attorney at Law
277 Broadway
Suite 1501
New York, NY 10007
646-263-3495
Fax: 646-349-2914
Email: gideon@gideonlaw.com
*ATTORNEY TO BE NOTICED*

**Remy Green**
Cohen & Green
1639 Centre Street
Suite 216
11385
Ridgewood, NY 11207
929-888-9480
Fax: 929-888-9457
Email: remy@femmelaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vanky Bernadeau**
*as next friend and guardian of C.B., a minor*
    represented by    **Remy Green**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**City of New York**
    represented by    **Gregory J.O. Accarino**
New York City Law Department
Special Federal Litigation Division
100 Church Street
New York, NY 10007
212-356-1945

Email: gaccari@law.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**NYPD YCO Mayfield Tanisha**
*(Tax I.D. 938967)*

**Defendant**

**YCO Sergio Menses**
*(Tax I.D. 968637)*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 01/28/2025 | 1 | COMPLAINT against City of New York, SERGIO MENSES, Mayfield Tanisha filing fee $ 405, receipt number ANYEDC-18710399 Was the Disclosure Statement on Civil Cover Sheet completed -NO,, filed by C.B.. (Green, Remy) (Entered: 01/28/2025) |
| 01/28/2025 | 2 | Civil Cover Sheet.. Re 1 Complaint by C.B. (Green, Remy) (Entered: 01/28/2025) |
| 01/28/2025 |  | Case Assigned to Judge Nina R. Morrison and Magistrate Judge Vera M. Scanlon. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (KD) (Entered: 01/28/2025) |
| 01/28/2025 | 3 | Clerk's Notice Re: Consent. A United States Magistrate Judge has been assigned to this case and is available to conduct all proceedings. In accordance with Rule 73 of the Federal Rules of Civil Procedure, Local Rule 73.1, the parties are notified that if all parties consent, the assigned Magistrate Judge is available to conduct all proceedings in this action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to this Notice is a blank copy of the consent form that should be filled out, signed and filed electronically only if all parties wish to consent. Any party may withhold its consent without adverse substantive consequences. Do NOT return or file the consent unless all parties have signed the consent.The form may also be accessed at the following link: https://img.nyed.uscourts.gov/files/forms/MJConsentForm.pdf (KD) (Entered: 01/28/2025) |
| 01/28/2025 | 4 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (KD) (Entered: 01/28/2025) |
| 01/28/2025 |  | Your proposed summons was not issued for one of the following reasons: **No summons provided, please submit summons. The event can be found under the event Other Documents - Proposed Summons/Civil Cover Sheet.,**<br><br>Please correct and resubmit using Proposed Summons/Civil Cover Sheet. (KD) (Entered: 01/28/2025) |
| 01/29/2025 | 5 | NOTICE of Appearance by Gideon Orion Oliver on behalf of C.B. (aty to be noticed) (Oliver, Gideon) (Entered: 01/29/2025) |

| | | |
|---|---|---|
| 01/29/2025 | 6 | SCHEDULING ORDER: An initial conference is scheduled for 5/28/2025 at 11:00 AM via ZoomGov. To gain access to the ZoomGov audio conferencing system, counsel and/or any pro se parties are to dial 1-646-828-7666; enter meeting ID 16121901090 and press the pound key; when asked for a participant ID, press the pound key; and enter passcode 091622 and press the pound key. Please note that your microphone will be automatically muted when you enter the virtual conference room. If another conference is underway, please remain on mute until the case is called. At that time, you may unmute your microphone by pressing *6 on your keypad.<br><br>The parties must complete the attached Joint Proposed Case Management Plan (CMP) and file it on ECF no later than 5/19/2025. Ordered by Magistrate Judge Vera M. Scanlon on 1/29/2025. (SH) (Entered: 01/29/2025) |
| 01/31/2025 | 7 | Proposed Summons. Re 1 Complaint by C.B. (Green, Remy) (Entered: 01/31/2025) |
| 02/03/2025 | | Your proposed summons was not issued for one of the following reasons: **If multiple defendants, there must be ONLY ONE SUMMONS SUBMITTED with a rider attached to the summons with the name and addresses of all defendants included.**,<br><br>Please correct and resubmit using Proposed Summons/Civil Cover Sheet. (JVC) (Entered: 02/03/2025) |
| 02/03/2025 | 8 | Proposed Summons. Re 1 Complaint by C.B. (Green, Remy) (Entered: 02/03/2025) |
| 02/04/2025 | 9 | Summons Issued as to City of New York, Sergio Menses, Mayfield Tanisha. (JVC) (Entered: 02/04/2025) |
| 02/05/2025 | 10 | SUMMONS Returned Executed by C.B.. Sergio Menses served on 2/5/2025, answer due 2/26/2025; Mayfield Tanisha served on 2/5/2025, answer due 2/26/2025. (Green, Remy) (Entered: 02/05/2025) |
| 02/12/2025 | 11 | SUMMONS Returned Executed by C.B.. City of New York served on 2/12/2025, answer due 3/5/2025. (Green, Remy) (Entered: 02/12/2025) |
| 03/10/2025 | 12 | MOTION for Extension of Time to File Answer *respectfully request a nunc pro tunc sixty (60) day extension of time, from March 5, 2025 to May 5 2025, to Answer or otherwise respond to the Complaint* by City of New York. (Accarino, Gregory) (Entered: 03/10/2025) |
| 03/11/2025 | | ORDER granting nunc pro tunc 12 Motion for Extension of Time to Answer. Defendants will answer or otherwise respond by 5/5/2025. Ordered by Magistrate Judge Vera M. Scanlon on 3/11/2025. (SH) (Entered: 03/11/2025) |
| 04/16/2025 | 13 | MOTION to Stay *respectfully requesting a stay of this matter in its entirety, including an adjournment of all deadlines, until thirty (30) days after the resolution of the ongoing disciplinary proceeding concerning the incident forming the basis of plaintiff's complaint* by City of New York. (Accarino, Gregory) (Entered: 04/16/2025) |
| 04/18/2025 | 14 | AMENDED COMPLAINT against City of New York, Sergio Menses, Mayfield Tanisha, filed by Vanky Bernadeau. (Green, Remy) (Entered: 04/18/2025) |
| 04/21/2025 | 15 | RESPONSE in Opposition re 13 MOTION to Stay *respectfully requesting a stay of this matter in its entirety, including an adjournment of all deadlines, until thirty (30) days after the resolution of the ongoing disciplinary proceeding concerning the incident* |