UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
C.B., a minor,

                              **NOTICE OF APPEARANCE**

                Plaintiff,

      -against-                         Docket No: 25-CV-00483 NRM-VMS

THE CITY OF NEW YORK NYPD YOUTH
COORDINATION OFFICER ("YCO") TANISHA
MAYFIELD (TAX I.D. 938967); and YCO
SERGIO MENESES (TAX I.D. 968637).

                            Defendants.
-------------------------------------------------------x

       **PLEASE TAKE NOTICE**, that Defendants NEW YORK CITY POLICE OFFICERS TANISHA MAYFIELD AND SERGIO MENESES, hereby appear in the above-entitled action, and that LABARBERA & ASSOCIATES P.C., has been retained as attorneys for said Defendants and demand that a copy of all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
        July 3rd, 2025

                              Yours Truly,

                              _____/s/_____
                              BY: Doug LaBarbera (DL 6212)
                              LaBarbera & Associates P.C.
                              *Attorneys for Defendant P.O. Mayfield & Meneses*
                              111 John Street, Suite 640
                              New York, NY 10038
                              (212) 964-8038

CC: **VIA ECF**

    Gideon Orion Oliver
    Attorney at Law
    *Attorney for Plaintiff*
    277 Broadway
    Suite 1501
    New York, NY 10007

    Gregory J.O. Accarino
    New York City Law Department
    *Attorneys for Defendant City of New York*
    100 Church Street
    New York, NY 10007