

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **GREGORY J.O. ACCARINO**<br>*Senior Counsel*<br>phone: (212) 356-1945<br>gaccari@law.nyc.gov |

July 7, 2025

**BY ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Vanky Bernadeau, as next friend and guardian of C.B., a minor v. City of New York, et al.</u>, 25-CV-483 (NRM) (VMS)

Your Honor:

      I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel for the City of New York, and attorney for defendant City of New York ("City") in the above-referenced matter.

      Pursuant to the Court's Order, dated June 20, 2025, defendant City submits, with the consent of plaintiff and defendants Mayfield and Meneses, a proposed Case Management Plan. *See* Dkt. No. 18, Scheduling Order, June 20, 2025.

      Defendant City thanks the Court for its consideration herein.

      Respectfully submitted,

      */s/ Gregory J.O. Accarino*

      Gregory J.O. Accarino
      *Senior Counsel*
      Special Federal Litigation Division

Encl.

cc:    **By ECF**
      Gideon Oliver

Remy Green
*Attorneys for Plaintiff*

Doug LaBarbera
*Attorney for Defendants Mayfield and Meneses*