# LABARBERA & ASSOCIATES P.C.
### ATTORNEYS AT LAW

111 John Street, Suite 640
New York, New York 10039
212-964-9038

July 7, 2025

**VIA ECF**

Honorable Vera M. Scanlon
Chief United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East, Courtroom 13A
Brooklyn, NY 11201

     Re:   <u>C.B., a minor v. City of New York, et al.</u>.
             Docket No.: 25-CV-00483 (NRM)(VMS)

Dear Chief Magistrate Judge Scanlon:

     I represent Defendants NYPD Youth Coordination Officers Tanisha Mayfield and Sergio Meneses in the above-referenced matter. I write respectfully, pursuant to Your Honor's Individual Practice Rules, to request an extension of time, *nunc pro tunc*, to deem Offices Mayfield and Meneses' Answer timely filed. (ECF Document # 21)  The original deadline for these Defendants to answer the Amended Complaint was June 26, 2025. This is the first request by these Defendants for an extension of time to answer. (The City of New York did previously receive a *nunc pro tunc* extension to answer the Complaint, which was granted.)

     The reason for this request is that by letter dated May 19, 2025, the City advised that it was declining to represent the Individual Defendants. Since then, my office has worked diligently to resolve any potential conflicts of interest, satisfy our obligations under Rule 11, and prepare and file the Answer.  All parties have consented to this request. This short extension will not affect any other scheduled dates or deadlines in this action.

     Accordingly, Defendants respectfully request that the Court grant this extension of time *nunc pro tunc* and deem the Answer timely filed as of July 3, 2025.

     Thank you for Your Honor's consideration of this request.

                                        Respectfully submitted,

                                        _____/s/_____
                                        Doug LaBarbera (DL 6212)

CC: **<u>VIA ECF</u>**

    Gideon Orion Oliver, Esq. (Plaintiff's Counsel)
    Gregory J.O. Accarino, Esq. (NYC Law Department)