

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**GREGORY J.O. ACCARINO**
*Senior Counsel*
phone: (212) 356-1945
gaccari@law.nyc.gov

August 22, 2025

**BY ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Vanky Bernadeau, as next friend and guardian of C.B., a minor v. City of New York, et al.</u>, 25-CV-483 (NRM) (VMS)

Your Honor:

    I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel for the City of New York, and attorney for defendant City of New York ("City") in the above-referenced matter.

    Pursuant to the Court's Order, dated July 25, 2025, the parties write jointly to respectfully submit their positions regarding whether they are interested in "participation in the Court-annexed mediation program and whether the mediation may affect the discovery schedule." *See* Dkt. Entry, Order, July 25, 2025.

    The parties are not requesting a mediation at this time.

    The parties thank the Court for its consideration herein.

    Respectfully submitted,

    /s/ Gregory J.O. Accarino

    Gregory J.O. Accarino
    *Senior Counsel*
    Special Federal Litigation Division

2

cc: **<u>By ECF</u>**
Gideon Oliver
Remy Green
*Attorneys for Plaintiff*

Douglas LaBarbera
*Attorney for Co-defendants Mayfield and Meneses*