UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
VANKY BERNADEAU, AS NEXT FRIEND AND
GUARDIAN OF C.B., A MINOR,

                Plaintiff,

   - against -

THE CITY OF NEW YORK; NYPD YOUTH
COORDINATION OFFICER ("YCO") TANISHA
MAYFIELD (TAX I.D. 938967); and YCO SERGIO
MENESES (TAX I.D. 968637),

              Defendants.
-------------------------------------------------------------------X

DECLARATION OF SERVICE

25-cv-483 (NRM) (VMS)

     GIDEON ORION OLIVER hereby declares under penalties of perjury:

     1.    I am over 18 years of age and not a party to this action.

     2.    On September 2, 2025, I served the attached September 2, 2025 letter accepting the Rule 68 Offer of Judgment dated August 19, 2025 made on behalf of the Defendants in this matter, a copy of which is attached to the letter as Exhibit 1 (the "Rule 68 Papers"), on those Defendants, by e-mailing true and correct copies of the same to their counsel of record, Gregory J.O. Accarino. Esq., at his Law Department email address, and to ServiceECF@law.nyc.gov, the e-mail address that the Law Department has designated to accept service of process by e-mail.

     3.    Also on September 2, 2025, I received an e-mail from the Law Department confirming receipt of the e-mail and constituting proof of service, a copy of which is attached as Exhibit 2.

     4.    Also on September 2, 2025, I served the Rule 68 Papers by e-mailing them to Douglas LaBarbara, Esq., at dlabarbera@pbalawyers.com, the e-mail address at

which he agreed to accept service of them in the e-mail exchange attached as

Exhibit 3 hereto.

Dated: Brooklyn, NY
September 2, 2025

_____