**Tuesday, September 2, 2025 at 4:34:58 PM Eastern Daylight Time**

---

**Subject:** Re: Rule 68 in Vanky Bernadeau v. NYC, et al.
**Date:** Tuesday, September 2, 2025 at 4:29:17 PM Eastern Daylight Time
**From:** Gideon Oliver
**To:** Douglas LaBarbera

Thanks!

---

**From:** Douglas LaBarbera <dlabarbera@pbalawyers.com>
**Date:** Tuesday, September 2, 2025 at 4:27 PM
**To:** Gideon Oliver <Gideon@GideonLaw.com>
**Subject:** Re: Rule 68 in Vanky Bernadeau v. NYC, et al.

Yes I will.

Doug LaBarbera
LaBarbera & Associates P.C.
111 John Street, Suite 640
New York, New York 10038
T: 212-964-8038

> On Sep 2, 2025, at 4:05 PM, Gideon Oliver <Gideon@gideonlaw.com> wrote:
>
> Hi Mr. LaBarbera,
>
> I hope you are doing as well as can be.
>
> Mr. Bernadeau will be accepting the Rule 68 Offer in this matter.
>
> Will you accept service of the letter so stating by e-mail? If so, please let me know in response. If not, I'll put it in the mail today.
>
> Thanks,
> -Gideon
>
> **Gideon Orion Oliver**
> **Attorney at Law**
> He/Him/His
>
> 718-783-3682 x 5 (o)
> 646-263-3495 (c)
> www.GideonLaw.com

277 Broadway, Suite 1501, New York, NY  10007
1825 Foster Avenue, Suite 1K, Brooklyn, NY 11230