

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*Not for service*

December 29, 2025

**BY ELECTRONIC FILING**
Hon. Nina R. Morrison
United States District Judge
United States District Court,
Eastern District of New York

    Re:    *Vanky Bernadeau, as next friend and guardian of*
               *C..B., a minor v. City of New York, et al.,* 25-cv-483 (NRM) (VMS)

Your Honor:

    Attached is a proposed judgment consistent with the Offer of Judgment that Defendants made, and Plaintiff accepted, pursuant to Rule 68 of the Federal Rules of Civil Procedure.

    Thank you for the Court's attention to this matter.

                                       Respectfully submitted,

                                              **/S/**

                                        Gideon Orion Oliver