UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

C.B., a minor,

                Plaintiff,

  - against -

THE CITY OF NEW YORK; NYPD YOUTH COORDINATION OFFICER ("YCO") TANISHA MAYFIELD (TAX I.D. 938967); and YCO SERGIO MENESES (TAX I.D. 968637),

                Defendants.

------------------------------------------------------------------- X

**NOTICE OF MOTION FOR ORDER APPROVING SETTLEMENT AND INFANT COMPROMISE**

25-cv-00483(NRM)(VMS)

       PLEASE TAKE NOTICE that, upon the accompanying Declaration of Gideon Orion Oliver dated December 29, 2025, and exhibits annexed thereto, and the Declaration of Vanky Bernadeau dated December 22, 2025, Plaintiff will move this Court, at the Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, at a date and time to be set by the Court, seeking an Order pursuant to Local Civil Rule 83.2 and New York Civil Practice Law and Rules § 1208 granting the infant Plaintiff leave to compromise Plaintiff's claims and approving the settlement the parties have reached in this matter.

Dated:  Brooklyn, New York
         December 29, 2025

                                   **GIDEON ORION OLIVER**

                                   _____
                                   277 Broadway, Suite 1501
                                   New York, NY  10007
                                   t: 718-783-3682
                                   f: 646-349-2914
                                   Gideon@GideonLaw.com

**COHEN&GREEN P.L.L.C.**

By:\_\_\_\_\_/s/_____
  Elena L. Cohen
  1639 Centre Street, Suite 216
  Ridgewood, NY 11385
  (929) 888-9480
  elena@femmelaw.com

  *Attorneys for Plaintiff*