**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------------- X

Vanky Bernadeau, as next friend and guardian of C.B., a minor,

Plaintiff,

- against -

THE CITY OF NEW YORK; NYPD YOUTH COORDINATION OFFICER ("YCO") TANISHA MAYFIELD (TAX I.D. 938967); and YCO SERGIO MENESES (TAX I.D. 968637),

Defendants.

--------------------------------------------------------------- X

[PROPOSED]

**INFANT COMPROMISE ORDER**

25-cv-00483(NRM)(VMS)

The Court issues this Infant Compromise Order pursuant to Local Civil Rule 83.2 upon the application of of Vanky Bernadeau, the adult Plaintiff herein who brought suit on behalf of his minor son, C.B.. and upon consideration of the  Declaration of Vanky Bernadeau executed on December ___, 2025, the Declaration of Gideon Orion Oliver, one of the attorneys for Plaintiff herein, signed on December ___, 2025, and its exhibits, the prior proceedings in this matter, and the operation of Fed.R.Civ.P. Rule 68.

Having duly deliberated on the application, and upon consideration of the issues and claims in the litigation and upon the proffers of evidence, and it appearing that the best interest of the minor plaintiff, C.B., would be served by approval of the proposed compromise, and it appearing that all necessary prerequisites of  Local Civil Rule 83.2 and New York Civil Practice Law and Rules ("CPLR") § 1208 having been met, and good cause having been shown, dispensing with any other requirements of New York State law, it is hereby:

**ORDERED** that Plaintiff, Vanky Bernadeau, is authorized and empowered, in the interest of his son, C.B., who is presently 17  years old, to settle and compromise his claims

against all Defendants on the terms set out in the Offer of Judgment issued by the Defendant City of New York and timely accepted by Plaintiff in accordance with Fed.R.Civ.P. Rule 68, and to enter into a settlement agreement with respect to the remaining claim for attorney's fees, costs, and expenses, and to execute all papers necessary to effect this compromise; and it is further

**ORDERED** that, pursuant to the Offer of Judgment issued by Defendants and timely accepted by Plaintiff in accordance with Fed.R.Civ.P. Rule 68, Plaintiff is entitled to a judgment against Defendant City of New York for $10,001.00, plus reasonable attorney's fees, expenses, and costs to be determined at a later date by agreement of the parties or upon application to the Court, of which $10,001.00 shall be paid to Vanky Bernadeau for the use and benefit of his son, Plaintiff C.B.; and it is further

**ORDERED** that the sum of $10,001.00 is to be received by C.B. as his net recovery in this action, which is to be paid to Vanky Bernadeau for the use and benefit of C.B., to be deposited in an interest-bearing account in C.B.'s name at an F.D.I.C.-insured bank, to be made available to him upon his 18th birthday; and it is further

**ORDERED** that Defendant City of New York shall pay Plaintiff reasonable costs, attorney's fees, and expenses resulting from any settlement of, or order of this Court resolving, Plaintiff's claim for attorney's fees, costs, and expenses; and it is further

**ORDERED** that the Court approves the settlement of the claims in this lawsuit on the above terms in accordance with Fed.R.Civ.P. Rule 68, Local Civil Rule 83.2, and CPLR § 1208; and it is further

**ORDERED**, that this Court retains jurisdiction of this action related to Plaintiff's claim for attorney's fees, costs, and expenses, and for enforcing the judgment in this action and this Infant Compromise Order.

Dated:  Brooklyn, New York
         January __, 2026

**SO ORDERED:**

_____
  Honorable Nina R. Morrison, U.S.D.J.