**Gideon Orion Oliver**
—ATTORNEY AT LAW—
He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*Not for service*

February 2, 2026

**BY ECF**
Hon. Vera M. Scanlon
Chief United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   <u>Bernadeau v. City of New York, et al.</u>, 25-cv-483 (NRM)(VMS)

Your Honor:

I write jointly with counsel for all parties to provide the Court with the following dates and times during which counsel for all parties, as well as Mr. Vanky Bernadeau, are all available for a rescheduled telephonic conference:

March 3, 2026, 9-11am
March 4, 2026, 9-11am
March 13, 2026, 2-5pm
March 17, 2026, 9-11am

We hope one of those dates and times can work for the Court.

Thank you for your attention to this matter.

Respectfully submitted,

/S/

Gideon Orion Oliver