**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ X

Vanky Bernadeau, as next friend and guardian of
C.B., a minor,

Plaintiff,

- against -

THE CITY OF NEW YORK; NYPD YOUTH
COORDINATION OFFICER ("YCO") TANISHA
MAYFIELD (TAX I.D. 938967); and YCO
SERGIO MENESES (TAX I.D. 968637),

Defendants.

------------------------------------------------------------------ X

**DECLARATION OF GIDEON
ORION OLIVER**

25-cv-00483(NRM)(VMS)

GIDEON ORION OLIVER hereby declares, pursuant to 28 U.S.C. § 1746, under

penalty of perjury, that the following is true and correct:

1.    I, along with co-counsel Cohen & Green P.L.L.C., represent Plaintiff Vanky

Bernadeau, as next friend and guardian of C.B., a minor, and I am fully familiar with the facts of

this matter.

2.    I make this declaration in further support of, and to supplement, Plaintiff's

pending application for an Order Approving Settlement and Infant Compromise regarding the

claims brought on C.B.'s behalf in this case, as contemplated during the March 25, 2026 hearing

before the Court in this matter.

3.    As the parties stated during the hearing, the parties have agreed to settle Plaintiff's

claim for attorney's fees, costs, and expenses related to this matter for $20,000.00, to be paid to

Plaintiff's counsel.

4.    Attached as Exhibit "A" is a revised proposed Order Approving Settlement and

Infant Compromise ("ICO").

5.      Attached as Exhibit "B" is a revised proposed Judgment.

6.      If and when the Court issues the ICO, counsel for the City of New York will make efforts to request that the Comptroller of the City of New York to make a prompt payment to Plaintiff and will also send Plaintiff's counsel any documents the City may deem necessary to process the attorney's fees, costs, and expenses payment to Plaintiff's counsel.

7.      Within 30 days of Vanky Bernadeau's receipt of the $10,001.00 for the use and benefit of C.B., Plaintiff's counsel shall report to the Court in writing about the status of setting up the interest-bearing account in C.B.'s name at an F.D.I.C.-insured bank and depositing the funds into it.

DATED:      Brooklyn, New York
            March 30, 2026

_____
            Gideon Orion Oliver