**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- X

Vanky Bernadeau, as next friend and guardian of C.B., a minor,

                          Plaintiff,

      - against -

THE CITY OF NEW YORK; NYPD YOUTH COORDINATION OFFICER ("YCO") TANISHA MAYFIELD (TAX I.D. 938967); and YCO SERGIO MENESES (TAX I.D. 968637),

                    Defendants.

-------------------------------------------------------------------- X

[PROPOSED]

**INFANT COMPROMISE ORDER**

25-cv-00483(NRM)(VMS)

The Court issues this Infant Compromise Order pursuant to Local Civil Rule 83.2 upon the application of Vanky Bernadeau, the adult Plaintiff herein who brought suit on behalf of his minor son, C.B.. and upon consideration of the Declaration of Vanky Bernadeau executed on December 22, 2025, the Declarations of Gideon Orion Oliver, one of the attorneys for Plaintiff herein, signed on December 22, 2025 and March 30, 2026, and their exhibits, the prior proceedings in this matter, including, but not limited to, the telephonic hearing held on March 25, 2206, and the operation of Fed.R.Civ.P. 68.

Having duly deliberated on the application, and upon consideration of the issues and claims in the litigation and upon the proffers of evidence, and it appearing that the best interest of the minor plaintiff, C.B., would be served by approval of the proposed compromise, and it appearing that all necessary prerequisites of Local Civil Rule 83.2 and New York Civil Practice Law and Rules ("CPLR") § 1208 having been met, and good cause having been shown, dispensing with any other requirements of New York State law, it is hereby:

**ORDERED** that Plaintiff, Vanky Bernadeau, is authorized and empowered, in the interest of his son, C.B., who is presently 17  years old, to settle and compromise his claims against all Defendants on the terms set out in the Offer of Judgment issued by the Defendant City of New York and timely accepted by Plaintiff in accordance with Fed.R.Civ.P. 68, and to enter into a settlement agreement with respect to the remaining claim for attorney's fees, costs, and expenses, and to execute all papers necessary to effect this compromise; and it is further

**ORDERED** that, pursuant to the Offer of Judgment issued by Defendants and timely accepted by Plaintiff in accordance with Fed.R.Civ.P. 68, Plaintiff is entitled to a judgment against Defendant City of New York for $10,001.00, plus reasonable attorney's fees, expenses, and costs, in the amount of $20,000, as agreed to by the parties,  and $10,001.00 shall be paid to Vanky Bernadeau for the use and benefit of his son, Plaintiff C.B.; and it is further

**ORDERED** that the sum of $10,001.00 is to be received by C.B. as his net recovery in this action, which is to be paid to Vanky Bernadeau for the use and benefit of C.B., to be deposited in an interest-bearing account in C.B.'s name at an F.D.I.C.-insured bank, to be made available to him upon his 18th birthday; and it is further

**ORDERED** that Defendant City of New York shall pay Plaintiff's attorneys $20,000 for reasonable costs, attorney's fees, and expenses, as agreed to by the parties; and it is further

**ORDERED** that the Court approves the settlement of the claims in this lawsuit on the above terms in accordance with Fed.R.Civ.P. 68, Local Civil Rule 83.2, and CPLR § 1208; and it is further

**ORDERED** that, within 30 days of Vanky Bernadeau's receipt of the $10,001.00 for the use and benefit of C.B., Plaintiff's counsel shall report to the Court in writing about the status of

2

setting up the interest-bearing account in C.B.'s name at an F.D.I.C.-insured bank and depositing the funds into it; and it is further

**ORDERED**, that this Court retains jurisdiction of this action related to Plaintiff's claim for attorney's fees, costs, and expenses, and for enforcing the judgment in this action and this Infant Compromise Order.

Dated:   Brooklyn, New York
_____, 2026

**SO ORDERED:**

_____
Honorable Vera M. Scanlon, U.S.M.J.