UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------- x

Vanky Bernadeau, as next friend and guardian of C.B., a
minor,

Plaintiff,

-against-

The City of New York, et al.,

Defendants.

-------------------------------------------------------------------------- x

**STIPULATION OF
SETTLEMENT OF
ATTORNEY'S FEES,
EXPENSES, AND COSTS**

25-CV-483 (NRM) (VMS)

**WHEREAS,** C.B., a minor commenced this action by filing a complaint on or about January 28, 2025, alleging that defendants City of New York, Tanisha Mayfield, and Sergio Meneses violated his federal civil and state common law rights; and

**WHEREAS**, on April 18, 2025, the Complaint was amended substituting C.B., a minor, as plaintiff, with Vanky Bernadeau, as next friend and guardian of C.B., a minor;

**WHEREAS,** defendants City of New York, Tanisha Mayfield, and Sergio Meneses served plaintiff with an Offer of Judgment pursuant to Fed. R. Civ. P. 68 on August 19, 2025; and

**WHEREAS**, plaintiff Vanky Bernadeau accepted that Rule 68 Offer of Judgment on behalf of C.B. a minor, on September 2, 2025; and

**WHEREAS,** the parties have reached a settlement agreement as to plaintiff's attorneys' fees, expenses, and costs and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability; and

**WHEREAS**, on June 8, 2026, the Court issued an Infant Compromise Order, approving a settlement agreement as to plaintiff's attorneys' fees, expenses, and costs; and

**WHEREAS**, all defendants deny any and all liability arising out of plaintiff's allegations; and

**WHEREAS,** plaintiff's counsel represents that plaintiff has assigned all of their rights to attorneys' fees, expenses, and costs to their counsel, Cohen & Green, PLLC; and

**WHEREAS,** counsel for defendants City of New York, Tanisha Mayfield, and Sergio Meneses and counsel for plaintiff now desire to resolve the issue of attorneys' fees, expenses, and costs without further proceedings;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the respective parties to the above-captioned action, as follows:

1.      Defendant City of New York hereby agrees to pay plaintiff's counsel, Gideon Oliver, Esq., the total sum of Twenty Thousand Dollars ($20,000.00) in full satisfaction of plaintiff's claims for attorneys' fees, expenses, and costs.  In consideration for the payment of Twenty Thousand Dollars ($20,000.00), counsel for plaintiff agrees to release and discharge defendants City of New York, Tanisha Mayfield, and Sergio Meneses; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York or any entity represented by the Office of the Corporation Counsel, from any and all claims of attorneys' fees, expenses, and costs that were or could have been alleged in the aforementioned action.

2.      Counsel for plaintiff hereby agrees and represents that no other claims for attorneys' fees, expenses, or costs arising out of this action shall be made by or on behalf of plaintiff in any application for attorneys' fees, expenses, or costs at any time.

3.      Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules or regulations of any department or subdivision of the City of New York.  This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations, except to enforce the terms of this agreement.

4.      This Stipulation contains all the terms and conditions agreed upon by counsel for defendants City of New York, Tanisha Mayfield, and Sergio Meneses, and counsels for plaintiff hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation regarding the subject matter of attorneys' fees, expenses, or costs shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

**[REMAINDER OF PAGE IS INTENTIONALLY LEFT BLANK]**

Dated: New York, New York
_____August 4_____, 2026

COHEN & GREEN PLLC
*Attorneys for Plaintiff*
16-39 Centre St., Ste. 216
Ridgewood, New York 11385
(929) 888-9480


GIDEON ORION OLIVER
*Attorney for Plaintiff*
277 Broadway, Suite 1501
New York, NY  10007
(718) 783-3682 x5

By: _____
     Gideon Orion Oliver
     *Attorney for Plaintiff*

STEVEN BANKS
Corporation Counsel of the
     City of New York
*Attorney for Defendant City of New York*
100 Church Street, 3rd Floor
New York, New York 10007

By:   */s/ Gregory Accarino*
    _____
    Gregory Accarino
    *Senior Counsel*


LABARBERA & ASSOCIATES P.C.
*Attorney for Defendants Mayfield and Meneses*
111 John Street, Suite 640
New York, NY 10038


By:  *Doug LaBarbera*
    Douglas LaBarbera
    *Attorney for Defendants Mayfield and Meneses*