**Gideon Orion Oliver**
—ATTORNEY AT LAW—
He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

**Gideon@GideonLaw.com***
**GideonLaw.com**

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

**Not for service*

November 13, 2026

**BY ECF**
Hon. Vera M. Scanlon
Chief United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Bernadeau v. City of New York, et al.*, 25-cv-483 (NRM)(VMS)

Your Honor:

I write to report to the Court that Mr. Bernadeau received the settlement check and has deposited it in compliance with the Court's directions.

Thank you for your attention to this matter.

Respectfully submitted,

/S/

Gideon Orion Oliver